UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23749-RAR

SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

SHANNON WESTHEAD, *et al.*,

      Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT

**THIS CAUSE** comes before the Court upon Plaintiff's Unopposed Motion for Entry of Judgments ("Motion"), [ECF No. 195], filed on July 14, 2025. Plaintiff Securities and Exchange Commission ("Commission") initiated this action on September 23, 2023, against Defendants Shannon Westhead ("Westhead"), Alec Vagnozzi, Albert Vagnozzi, Michael Tierney ("Tierney"), and corporate defendants Capricorn Income Fund I, LLC ("Capricorn"), Capricorn Income Fund Parallel, LLC ("Capricorn Parallel"), Pisces Income Fund LLC ("Pisces"), Pisces Income Fund Parallel, LLC ("Pisces Parallel"), Merchant Services Income Fund, LLC ("MSI") and Merchant Services Income Fund Parallel, LLC ("MSI Parallel") (collectively "Defendants"). *See* Compl, [ECF No. 1]. On March 14, 2025, the parties filed a Joint Status Report, [ECF No. 186], indicating that the parties had reached tentative settlement agreements which, if approved by the Commission, would obviate the need for trial. The Court then entered an Order Staying and Administratively Closing Case, [ECF No. 187], staying the case for 90 days to allow the parties to finalize their settlement documents, which the Court extended through July 14, 2025, [ECF

No. 192]. Pursuant to the parties' settlement agreements, the Commission now moves for the entry of judgments against Defendants. *See generally* Mot. The Commission has also filed an Amended Complaint, [ECF No. 197], to conform its claims to the parties' settlement agreements.

Pursuant to their Consents, Defendants Westhead, Capricorn, Capricorn Parallel, Pisces, Pisces Parallel, MSI, and MSI Parallel enter a general appearance; consent to the Court's jurisdiction and the subject matter of this action; do not admit or deny the allegations of the Amended Complaint (except as otherwise provided in their Consents); consent to entry of Final Judgments; waive findings of fact and conclusions of law; and waive any right to appeal from the Final Judgment. *See* Consents, [ECF Nos. 195-1, 195-3, 195-5, 195-7]. These Final Judgments will resolve all issues as to Defendants Westhead, Capricorn, Capricorn Parallel, Pisces, Pisces Parallel, MSI, and MSI Parallel. *See* Proposed Final Judgments, [ECF Nos. 195-8, 195-10, 195-12, 195-14].

Defendants Alec Vagnozzi, Albert Vagnozzi, and Tierney enter a general appearance; consent to the Court's jurisdiction and the subject matter of this action; do not admit or deny the allegations of the Amended Complaint (except as otherwise provided in their Consents); consent to entry of Judgments; waive findings of fact and conclusions of law; and waive any right to appeal from the Judgment. *See* Consents, [ECF Nos. 195-2, 195-4, 195-6]. These Judgments will resolve all liability issues as to Defendants Alec Vagnozzi, Albert Vagnozzi, and Tierney and leave the monetary issues—including the Commission's claims for disgorgement, prejudgment interest thereon, and civil penalties pending against Defendants Alec Vagnozzi, Albert Vagnozzi, and Tierney—to be determined by the Court upon the Commission's motion, *see* Proposed Judgments, [ECF Nos. 195-2, 195-4, 195-6].

The Court has reviewed the Motion, Defendants' Consents, the proposed Judgments, the proposed Final Judgments, and the record, and is otherwise fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion, [ECF No. 195], is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 58, the Court will enter the Final Judgments and Judgments by separate orders.

3. This case shall remain administratively **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of July, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**